DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice* application forthcoming
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence Street
Eugene, Oregon 97401
Telephone:    (541) 344-3505
Facsimile:    (541) 344-3516
dan@tebbuttlaw.com

RACHEL DOUGHTY (California State Bar No. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
Telephone:    (510) 900-9502 x2
Facsimile:    (510) 900-9502
rdoughty@greenfirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>       Defendant. | Case No. 3:21-cv-8056<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff US Right to Know discloses that it has no parent corporation, and no publicly-held corporation holds 10 percent or more of its stock.

DATED: October 14, 2021.

By:     /s/ Rachel Doughty
RACHEL DOUGHTY (California State Bar No. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
Telephone:   (510) 900-9502 x2
Facsimile:   (510) 900-9502
rdoughty@greenfirelaw.com

DANIEL C. SNYDER
*Pro hac vice* application forthcoming
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence Street
Eugene, Oregon 97401
Telephone:   (541) 344-3505
Facsimile:   (541) 344-3516
dan@tebbuttlaw.com

Attorneys for Plaintiff US RIGHT TO KNOW