STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    michael.keough@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | No. 3:21-CV-8056-TSH <br><br> **JOINT MOTION TO MODIFY COURT'S ORDER OF JANUARY 28, 2022;** [PROPOSED] **ORDER** |

    Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of Health and Human Services ("Defendant" or "HHS"), by and through their undersigned counsel, hereby STIPULATE and jointly move the Court to modify its Order of January 28, 2022 (ECF No. 25), as modified on June 14, 2022 (ECF No. 27), as follows:

    1.    This action, filed on October 14, 2021 under the Freedom of Information Act ("FOIA"), concerns one FOIA request that Plaintiff directed to Defendant, dated November 16, 2020. ECF No. 1. Defendant has answered the complaint, ECF No. 23, and on May 17, 2022 substantially completed its production of responsive records pursuant to the Court's Order of January 28, 2022, ECF No. 25 at Paragraph 4(a).

    2.    Pursuant to Paragraph 4(b) of the Court's January 28, 2022, Order, as modified on June

1  14, 2022 (ECF No. 27), on July 12, 2022, Plaintiff provided Defendant with a list of records that
2  Plaintiff contends have been improperly redacted or withheld. Defendant is preparing a response to
3  Plaintiff's objections as provided for in the Court's Order. Review and resolution of Plaintiff's July 12,
4  2022, list will proceed according to Paragraph 4 of the Court's January 28, 2022, Order as modified on
5  June 14, 2022 (ECF No. 27) and will not be affected by Paragraph 3 below.

6      3.   On July 19, 2022, Defendant notified Plaintiff that two outstanding consults remained to
7  be produced, subject to review and input from agencies outside of HHS. Defendant is working to
8  provide these remaining records as soon as possible. Plaintiff will need additional time to review and
9  potentially object to these records once they are provided.

10     Accordingly, the parties respectfully move the Court to modify the Court's Order of January 28,
11  2022, ECF No. 25, to add additional language regarding the two outstanding consults as follows:

12     a. With respect to the two outstanding consults only, Plaintiff shall provide Defendant
13        with a list of records Plaintiff believes Defendant has improperly redacted or withheld
14        within thirty (30) days of receiving from Defendant the records contained in the two
15        outstanding consults.

16     b. Within thirty (30) days of receiving Plaintiff's list concerning the two outstanding
17        consults, the parties will meet and confer and attempt in good faith to resolve any
18        disputes regarding records that are redacted or withheld, and to determine if
19        additional time to complete this process is reasonable or appropriate. As part of the
20        parties' meet and confer process, Plaintiff may request, and, if requested, Defendant
21        will promptly provide, reasonable information to justify any exemptions or
22        withholdings claimed. If there remains a disagreement about the application of any
23        exemptions to specific records, or if the parties cannot agree about whether additional
24        time to complete the meet and confer process is reasonable or appropriate, then either
25        party may request a CMC with the Court about how to proceed.

26     c. Any records that Defendant agrees to produce as a result of the meet and confer
27        process in Paragraph 3(b), above, shall be produced to Plaintiff within thirty (30) days
28        of the conclusion of the meet and confer period.

      d.  Within sixty (60) days of the conclusion of the process outlined in Paragraph 3(c), above, the parties agree to meet and confer in good faith regarding Plaintiff's entitlement to reasonable attorneys' fees and costs. Defendant denies Plaintiff is entitled to such relief. Plaintiff will provide to Defendant appropriate supporting documentation at that time. The parties may request a settlement conference with a magistrate judge to facilitate resolution of any issue, including related to attorneys' fees and costs. Should a negotiated resolution of attorneys' fees and costs fail, then Plaintiff shall file a motion for attorneys' fees and costs within thirty (30) days of the date the parties file a notice informing the Court that settlement of attorneys' fees and costs did not occur.

RESPECTFULLY & JOINTLY SUBMITTED THIS 22ND DAY OF JULY, 2022.

STEPHANIE M. HINDS
United States Attorney

Dated: July 22, 2022    By:   */s/ Michael A, Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney
Attorney for Defendant

GREENFIRE LAW, P.C.

Dated: July 22, 2022    By:   **/s/ Rachel S. Doughty*
RACHEL S. DOUGHTY
Attorneys for Plaintiff

\** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from this signatory.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the parties' Joint Motion is GRANTED. The Court's Order of January 28, 2022 is amended to incorporate the parties' newly-stipulated deadlines.

Dated: _____July 25_____, 2022    _____
THOMAS M. HIXSON
United States Magistrate Judge